In the Matter of the Claim of ELIZABETH McCAFFREY, Respondent, v. JOHN A. WILLIAMS, as Administrator, etc., Appellant.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

THE EMIGRANT INDUSTRIAL SAVINGS BANK, Respondent, v. JOHN G. PEPPLER, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

LEON COOPER and Another, Copartners, etc., Respondents, v. MUNDIAL TRADING Co., INC., Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

EXPORT AND IMPORT FILM COMPANY, INC., Appellant, v. HARRY C. FISHER and Others, Individually and as Copartners, etc., Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

WILLIAM D. BLOODGOOD & COMPANY, Appellant, v. EDMUND COFFIN and Another, as Executors, etc., Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

WILLIAM LAU, Respondent, v. J. GOLDBERG'S SON & COMPANY, Appellant.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

MINNIE C. KRUSE, as Administratrix, etc., Appellant, v. THIRD AVENUE RAILWAY COMPANY, Respondent.— Judgment affirmed, with costs, on the ground that plaintiff's decedent was guilty of contributory negligence as a matter of law. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

MAX J. BLOOM, Respondent, v. CARL L. VIETOR and Others, as Executors, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

EDMUND MAYER, Respondent, v. FRANK HALBAUER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.